UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RONALD SATISH EMRIT                                                                 PLAINTIFF

v.                                No. 5:23-cv-05040

UNIVERSITY OF MIAMI SCHOOL OF LAW;
PRESIDENT OF THE UNIVERSITY OF
MIAMI SCHOOL OF LAW; and DEAN OF
THE UNIVERSITY OF MIAMI SCHOOL OF
LAW                                                       DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 9) from United States Magistrate Judge Christy Comstock. The Magistrate Judge recommends the Court dismiss this case with prejudice for failure to prosecute or respond to the Court. No objections have been filed,[1] and the time for filing objections has passed. After careful review, the Court finds that the report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this 17th day of April, 2023.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE

---

[1] While the plaintiff attempted to file a document styled as a "Notice of Appeal," it contained no objections to the report and recommendation.